William M. Iadarola (State Bar No. 234041); wiadarola@wmilaw.com
LAW OFFICE OF WILLIAM M. IADAROLA, PC
6B Liberty, Suite 245
Aliso Viejo, California 92656
Telephone:  949-916-0535; Facsimile:  888-258-6457

Mark B. Frazier (State Bar No. 107221)
Michelle C. Hribar (State Bar No. 244522)
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100; Facsimile:  714-546-9035

Attorneys for Plaintiffs, WAYNE R. BAILEY and LOUIS J. RAMPINO

**FILED & ENTERED**

AUG 10 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FREMONT GENERAL CORPORATION, a Nevada Corporation,<br><br>            Debtor. | Case No. 8:08-13421-ES<br><br>Chapter 11 |
| WAYNE R. BAILEY., an individual; and LOUIS J. RAMPINO, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>FREMONT GENERAL CORPORATION, a Nevada corporation; STEPHEN H. GORDON, an individual; DAVID S. DEPILLO, an individual; and MERRILL LYNCH & CO, a Delaware corporation, MERRILL LYNCH TRUST COMPANY, FSB, a New Jersey corporation, and DOES 1 THROUGH 20, inclusive,<br><br>            Defendants. | Adv. Proceeding No.: 8:09-ap-1103-ES<br><br>**ORDER ON STIPULATION TO DISMISS CLAIMS AGAINST THE INDIVIDUAL AND MERRILL LYNCH DEFENDANTS AND TO STAY ACTION AGAINST DEFENDANT FREMONT GENERAL CORPORATION** |

Rutan & Tucker, LLP
attorneys at law

2282/027403-0001
1027068.01 a08/05/09

ORDER ON STIPULATION

# **ORDER**

Based on the Stipulation to Dismiss Claims Against the Individual and Merrill Lynch Defendants and to Stay Action against Defendant Fremont General Corporation entered into by and between plaintiffs Wayne R. Bailey ("Bailey") and Louis J. Rampino ("Rampino") (collectively "Plaintiffs") and defendants Fremont General Corporation ("Fremont"), Stephen H. Gordon ("Gordon"), David S. DePillo ("DePillo"), Merrill Lynch & Co., and Merrill Lynch Trust Company, FSB (the "Stipulation") and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Plaintiffs' claims against defendants Gordon, DePillo, Merrill Lynch & Co., and Merrill Lynch Trust Company, FSB shall be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice, with each party to bear its own respective attorneys' fees and costs.

3. Plaintiffs' claims against Fremont in the SERP Adversary2 and Fremont's Turnover Action, and any related motions, including the Turnover Motion, shall be stayed pending either (a) Bailey's and Rampino's receipt of distributions totaling the <u>Bailey Claim Amount</u> and <u>Rampino Claim Amount</u>, respectively, and the dismissal with prejudice of Plaintiffs' causes of action in the SERP Adversary2 and Fremont's dismissal of the Turnover Action, or (b) notice to the Court by Plaintiffs that they have opted to renew their causes of action in the SERP Adversary2 or notice from Fremont that it has opted to renew the Turnover Action, under the terms set forth in Section III.D.iii. of the Trilateral Stipulation.[1]

4. All pending hearing dates and the September 10, 2009 status conference shall be taken off-calendar.

---

[1] All capitalized terms used but not otherwise defined in this Order shall have the meanings given such terms in the Stipulation. To the extent there is any inconsistency between the terms of this Order and the Trilateral Stipulation, the terms of the Trilateral Stipulation shall govern.

1     5.    The Court shall retain jurisdiction over all matters relating to the
2 interpretation, administration, implementation, effectuation and enforcement of the
3 Stipulation and this Order.

5     ###

DATED: August 10, 2009

_Erithe A. Smith_
United States Bankruptcy Judge

| In re: <br> FREMONT GENERAL CORPORATION <br> Debtor(s). | CHAPTER 11 <br> CASE NUMBER: 8:08-13421-ES <br> Adv. Case No.: 8:09-ap-1103-ES |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON STIPULATION TO DISMISS CLAIMS AGAINST THE INDIVIDUAL AND MERRILL LYNCH DEFENDANTS AND TO STAY ACTION AGAINST DEFENDANT FREMONT GENERAL CORPORATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>August 4, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Kristen N Beall    kbeall@pattonboggs.com, bmcilwain@pattonboggs.com
- Michelle Hribar    mhribar@rutan.com
- Kerri A Lyman    klyman@irell.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

David S. DePillo

Eric J. Glassman
Mennemeier Glassman & Stroud LLP
980 9th St Ste 1700
Sacramento, CA 95814

William M Iadarola
6B Liberty Ste 245
Aliso Viejo, CA 92656

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**