# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| **Debtor(s) Name** | **For Court Use Only** |
|---|---|
| **Plaintiff** <br> Wayne Bailey | **FILED** <br><br> May 28, 2010 <br><br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY KEN DEPUTY CLERK |
| **Defendant** <br> Fremont General Corporation | |
| **Chapter:** 11 <br> **Case Number:** 8:08–bk–13421–ES <br> **Adversary Number:** 8:09–ap–01103–ES | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated:* 5/28/10

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

22/ KEN